

**United States Bankruptcy Court
District of Alaska**
605 West Fourth Avenue, Suite 138
Anchorage, Alaska 99501-2296
Phone: (907) 271-2655
**Toll Free: (800) 859-8059**
http://www.akb.uscourts.gov



RECEIVED
JUN 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Filed On
6/2/06

# TRANSMITTAL OF WITHDRAWAL OF REFERENCE

TO: United States District Court, District of Alaska
222 West 7th Avenue, Room 229
Anchorage, Alaska 99513

3:06-cv-00132 TMB

FROM: Bankruptcy Court for the District of ALASKA
District/Office No. 097X/3

We are transmitting with this cover a Motion to Withdraw the Reference, which has been filed by the Bankruptcy Court in the below identified adversary proceeding, together with the Bankruptcy Court's Report and Recommendation (recommending withdrawal of the reference). Copies of relevant pleadings from the adversary case file and a docket are included with this transmission. The pertinent information regarding this matter is:

| CASE NAME: | KENNETH W. BATTLEY, Plaintiff, v. CRAIG SCHWEITZER, Defendant (In re Katmai Pro Shop, Inc.) |
|---|---|
| Adversary No.: | A04-90026-DMD |
| Date Motion to Withdraw Reference Filed: | May 10, 2006 |
| Date Report & Recommendation Filed: | May 10, 2006 |
| Date of Transmittal to USDC: | June 2, 2006 |
| Other: | Report and Recommendation issued by the Bankruptcy Court after trial of this matter on April 13, 2006. |

Dated: June 2, 2006                     Wayne W. Wolfe, Clerk

By: /s/ Janet Stafford
Deputy Clerk

Serve: U. S. District Court, D. Alaska
U. S. Trustee (w/out attachments)
William Artus, Esq. (for plaintiff) (w/out attachments) ✓
Erik LeRoy, Esq. (for defendant) (w/out attachments) ✓
P. Gingras, Adv. Case Mgr.
C. Rapp, Appeals/Reference Tracking
Case Manager
6/2/06

DISTRICT COURT CASE # 3:06-CV-00132    JUDGE ASSIGNED: Timothy M. Burgess

DATE FILED: 6-02-06                    By: Sharon M. Turner
                                       Deputy Clerk, U.S. District Court

36