3:06-cv-00132 TMB

UnderAdvisement, Efiled, TrialSet, WdrwReferenceFiled

# U.S. Bankruptcy Court
## District of Alaska (Anchorage)
### Adversary Proceeding #: 04-90026
Internal Use Only



*Assigned to:* Donald MacDonald IV
*Related BK Case:* 03-00992
*Related BK Title:* Katmai Pro Shop, Inc., an Alaska Corporation
*Demand:*
*Nature of Suit:* 454

*Date Filed:* 05/18/04

**Plaintiff**
-----------------------

**Katmai Pro Shop, Inc., an Alaska Corporation**
Tax id: 92-0146610
*TERMINATED: 10/18/2005*

represented by **Michael R. Mills**
DORSEY & WHITNEY
1031 W. 4th AVenue, Suite 600
Anchorage, AK 99501
(907)276-4557
Email: MillsAKBankruptcy@dorsey.com
*TERMINATED: 10/28/2005*
*LEAD ATTORNEY*

**Kenneth Battley**
629 L Street, Suite 201
Anchorage, AK 99501

represented by **William D. Artus**
629 L Street, Suite 104
Anchorage, AK 99501
(907) 277-9918
Fax : (907)279-9918
Email: artuslaw@alaska.com

V.

**Defendant**
-----------------------

**Craig Schweitzer**

represented by **Erik LeRoy**
500 L Street, Suite 302
Anchorage, AK 99501
(907) 277-2006
Email: leroy@alaska.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/18/2004 | 1 | Complaint by Katmai Pro Shop, Inc., an Alaska Corporation against Craig Schweitzer. Receipt Number Other, Fee Amount $150 Filed by Michael R. Mills, Katmai Pro Shop, Inc., an Alaska Corporation on behalf of Katmai Pro Shop, Inc., an Alaska Corporation (Attachments: # 1 Exhibit Adversary Proceeding Cover Sheet# 2 Exhibit A - Aircraft Lease/Purchase Agreement) (Mills, Michael) Modified on 5/19/2004 (ct/janet, ). **Receipt No. 14719, $150.00 Paid 5/19/04.** (Entered: 05/18/2004) |
| 05/18/2004 |  | Utility Event to Set E-Filed Flag. (ct/maggie, ) (Entered: 05/18/2004) |

| 05/18/2004 |  | Adversary Review has been Completed. (ct/maggie, ) (Entered: 05/18/2004) |
|---|---|---|
| 05/19/2004 | 2 | Summons Issued on Craig Schweitzer. (ct/lori) (Entered: 05/19/2004) |
| 06/18/2004 | 3 | Answer to Complaint.Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (LeRoy, Erik) (Entered: 06/18/2004) |
| 06/18/2004 | 4 | Amended Answer to Complaint Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (LeRoy, Erik) (Entered: 06/18/2004) |
| 06/28/2004 | 5 | Order Setting Scheduling and Planning Conference. A Scheduling and Planning Conference is scheduled for 8/3/2004 at 02:30 PM. Serve: Mills; LeRoy; Gingras; Calendar. (ct/lori) (Entered: 06/28/2004) |
| 08/03/2004 | 6 | Proceeding Memo RE: Scheduling and Planning Conference. Trial is set for the week of April 11-15, 2005. Court will prepare an order setting out all deadlines. (related document(s)5 Setting Hearing, ) . (ct/janet, ) (Entered: 08/04/2004) |
| 08/04/2004 | 7 | VACATED Order Setting Trial and Related Deadlines. Trial date set for 4/11/2005 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. Dispositive Motions due by 2/4/2005, Rule26(a)(1) Disclosures shall be made on or before 9/3/2004. Rule26(a)(2) Disclosures shall be made on or before 2/9/2005. Rule26(a)(3) Disclosures shall be made on or before 3/18/2005. Discovery due by 2/9/2005,Exhibits Marked and Exchanged by 3/18/2005, Proposed Findings of Fact and Conclusion of Law due by 4/4/2005, Joinders due by 12/3/04, Obj to exhibits due by 4/6/05. Serve: Filippi/Mills, LeRoy, Gingras & Calendar. (ct/janet, ) Modified on 2/4/2005 (ct/janet, ). **Note - This order has been vacated per the order entered at DE 10.** (Entered: 08/04/2004) |
| 01/27/2005 | 8 | Motion to Vacate *Trial Date and Related Deadlines* Filed by Michael R. Mills on behalf of Plaintiff Katmai Pro Shop, Inc., an Alaska Corporation (related document(s)7 Order Setting Trial.,, ). (Mills, Michael) (Entered: 01/27/2005) |
| 02/02/2005 | 9 | Response to *Debtor's Motion to Void Trial Deadlines*. Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (related document(s)8 Motion to Vacate). (LeRoy, Erik) (Entered: 02/02/2005) |
| 02/04/2005 | 10 | Order Vacating Trial Date and Related Deadlines. Serve: Filippi/Mills, LeRoy, Gingras & Calendar. (Related Doc #8) (ct/janet, ) (Entered: 02/04/2005) |
| 02/04/2005 |  | Utility Event to Vacate all trial related deadlines RE: DE# 10 Order on Motion to Vacate. (ct/janet, ) (Entered: 02/04/2005) |
| 04/14/2005 | 11 | Notice *of Change of Address*. Filed by Michael R. Mills on behalf of Katmai Pro Shop, Inc., an Alaska Corporation (Mills, Michael) (Entered: 04/14/2005) |
| 04/15/2005 |  | Utility Event to note the address for Mike Mills has been on this case per DE# 11 Notice of change of address. (ct/donna, ) (Entered: 04/15/2005) |
| 07/14/2005 | 12 | Order And Notice Setting Status Conference. Status hearing to be held on 9/6/2005 at 03:00 PM. Serve: Mills; LeRoy; Battley; Artus; Gingras; Calendar. (ct/lori) (Entered: 07/14/2005) |
|  |  |  |

| | | |
|---|---|---|
| 09/06/2005 | 13 | Proceeding Memo RE: Status Conference. Notice of intent to dismiss will be entered giving notice to everybody that might claim an interest in the lawsuit. If no one objects, this case will be dismissed.(related document(s)12 Setting Hearing, ) . (ct/janet, ) (Entered: 09/07/2005) |
| 09/08/2005 | 14 | Order Regarding Intent to Dismiss Adversary Proceeding For Want Of Prosecution. Objections to Notice of Intent to Dismiss are due by 9/19/2005. SERVE: Mills, LeRoy, Hanchett, Borrus, Lunn, Mork, Battley, Artus & UST. (ct/robbi, ) (Entered: 09/08/2005) |
| 09/14/2005 | 15 | Objection *to Dismissal*. Filed by William D. Artus on behalf of Trustee Kenneth Battley (related document(s)14 Notice of Intent to Dismiss). (Artus, William) (Entered: 09/14/2005) |
| 09/14/2005 | 16 | Motion *to Substitute Trustee as Plaintiff* Filed by William D. Artus on behalf of Trustee Kenneth Battley (Artus, William) (Entered: 09/14/2005) |
| 10/18/2005 | 17 | Order For Substitution of Party [Kenneth W Battley as plaintiff]. Serve: Mills; LeRoy; Artus; Gingras; QC. (Related Doc #16 Motion) (ct/lori) (Entered: 10/18/2005) |
| 10/31/2005 | 18 | Order And Notice Setting Status Conference. Status hearing to be held on 11/8/2005 at 03:00 PM. Serve: LeRoy; Artus; Gingras; Calendar. (ct/lori) (Entered: 10/31/2005) |
| 11/01/2005 | 19 | Order Rescheduling Status Conference. Status Conference previously set for 11/8/05 at 3:00pm is rescheduled to 11/16/2005 at 02:00 PM. Serve: LeRoy; Artus; Battley; Gingras; Calendar. (related document(s)18 Setting Hearing) (ct/lori) (Entered: 11/01/2005) |
| 11/08/2005 | 20 | Proceeding Memo RE: 19 Status Conference. Matter is continued to 11/16/2005 at 02:00 PM. (ct/janet, ) (Entered: 11/08/2005) |
| 11/16/2005 | 22 | Proceeding Memo RE: Status Conference. Trial set for 4/13/06 at 9:00 am. (related document(s)19 Order to Continue Hrg, 20 Proceeding Memo) . (ct/janet, ) (Entered: 11/17/2005) |
| 11/17/2005 | 21 | Order Setting Trial and Related Deadlines. Trial date set for 4/13/2006 at 09:00 AM at Anch - Historic Courtroom, Old Fed. Bldg. Dispositive Motions due by 2/24/2006, Joinder of Other Parties or Amendments of Pleadings due by 12/16/2005, Rule26(a)(1) Disclosures shall be made on or before 12/1/2005, Rule26(a)(2) Disclosures shall be made on or before 2/17/2006, Rule26(a)(3) Disclosures shall be made on or before 3/24/2006, Discovery due by 3/17/2006,Exhibits Marked and Exchanged by 3/24/2006, Objections to exhibits due by 4/7/2006, Proposed Findings of Fact and Conclusion of Law due by 4/6/2006. Serve: Artus; LeRoy; Gingras; Calendar. (ct/lori) (Entered: 11/17/2005) |
| 04/03/2006 | 23 | Exhibit List. Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (LeRoy, Erik) (Entered: 04/03/2006) |
| 04/03/2006 | 24 | Proposed Findings of Fact and Conclusions of Law submitted to the court. Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (LeRoy, Erik) (Entered: 04/03/2006) |
| | | |

| | | |
|---|---|---|
| 04/06/2006 | 25 | Proposed Findings of Fact and Conclusions of Law submitted to the court. Filed by William D. Artus on behalf of Plaintiff Kenneth Battley (Artus, William) (Entered: 04/06/2006) |
| 04/10/2006 | 26 | Exhibit List. Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (related document(s)23 Exhibit List). (LeRoy, Erik) (Entered: 04/10/2006) |
| 04/10/2006 | 27 | Proposed Findings of Fact and Conclusions of Law submitted to the court. Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (related document(s)24 Findings of Fact). (LeRoy, Erik) (Entered: 04/10/2006) |
| 04/10/2006 | 28 | Trial Brief, re: *Lease Rejection*. Filed by Erik LeRoy on behalf of Defendant Craig Schweitzer (LeRoy, Erik) (Entered: 04/10/2006) |
| 04/12/2006 | 29 | Trial Brief, re: *Battley v. Schweitzer*. Filed by William D. Artus on behalf of Plaintiff Kenneth Battley (Artus, William) (Entered: 04/12/2006) |
| 04/12/2006 | 30 | Exhibit List. Filed by William D. Artus on behalf of Plaintiff Kenneth Battley (Artus, William) (Entered: 04/12/2006) |
| 04/12/2006 | 31 | Exhibit List. Filed by William D. Artus on behalf of Plaintiff Kenneth Battley (related document(s)30 Exhibit List). (Artus, William) (Entered: 04/12/2006) |
| 04/13/2006 | 32 | Proceeding Memo RE: Trial. Court heard arguments and testimony of the witnesses. Matter taken under advisement.(related document(s)21 Order Setting Trial) . (ct/janet, ) (Entered: 04/13/2006) |
| 04/13/2006 |  | Matter Set Under Advisement per hearing held on (4/13/06). RegardingRE: DE# 32 Proceeding Memo. Matter Under Advisement Due by 6/13/2006. (ct/janet, ) (Entered: 04/13/2006) |
| 05/10/2006 | 33 | Report and Recommendation To The United States District Court. Serve: Artus; LeRoy; Gingras. (related document(s)32 Proceeding Memo) (ct/lori) (Entered: 05/10/2006) |
| 05/10/2006 | 34 | Sua Sponte Motion To Withdraw The Reference. Serve: Artus; LeRoy; UST; Gingras; Rapp. Receipt Number None Due, Fee Amount $150. (ct/lori) (Entered: 05/10/2006) |
| 05/10/2006 | 35 | Notice of Sua Sponte Motion To Withdraw The Reference And Of Deadline For Filing Objections To Report And Recommendation. Objections due by 5/30/2006. Serve: Artus; LeRoy; UST; Gingras; Rapp; Case Mgr. (related document(s)33 Report and Recommendation, 34 Motion for Withdrawal of Reference). (ct/lori) (Entered: 05/10/2006) |
| 06/02/2006 | 36 | Transmittal of Withdrawl of Reference. Serve: USDC, UST, Artus, LeRoy, Gingras, Rapp & Case Manager. (related document(s)33 Report and Recommendation, 34 Motion for Withdrawal of Reference) . (ct/janet, ) (Entered: 06/02/2006) |