UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 KATMAI PRO SHOP,INC. et al    v.   CRAIG SCHWEITZER 

THE HONORABLE Timothy M. Burgess

DEPUTY CLERK                              Case No.  3:06-cv-00132 - TMB 
                            Bankruptcy Petition No.  A04-90026-DMB 

 Shari Fuhrer 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 5, 2006

NOTICE OF WITHDRAWAL OF REFERENCE
TO U.S. DISTRICT COURT AND ORDER

        Counsel for plaintiff shall confer with counsel for
defendant, and counsel for plaintiff shall, on or before 15 days
from the date of this order, serve and file with the court a joint
report as to the status of this case, touching on each of the
following:

        1.  Service problems and/or need to add parties.

        2.  Any known bankruptcy proceedings necessitating a
        stay of this action.

        3.  Settlements, partial or complete, among some or all
        parties.

        4.  A separate joint Notice of Pending Motions shall be
        filed if any motions are currently pending before this
        Court.  The notice shall indicate the filing dates of
        the motions, oppositions, replies and any other related
        documents.

        5.  Status of discovery, including an estimate of the
        amount  of time which completion of discovery will
        require.

        6.  Readiness of the case for scheduling of pre-trial
        proceedings or status conference; also, anticipated
        date of readiness for trial.

        7.  Any other matter awaiting action by the court.

**NOTE: The Bankruptcy Record consisting of 3 volumes has been
        received by this Court.**