# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KATMAI PRO SHOP, INC.   v.   CRAIG SCHWEITZER

HONORABLE Timothy M. Burgess

DATE: June 21, 2006                                CASE NO. 3:06-cv-00132-TMB

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**

ORDER SETTING BRIEFING SCHEDULE

The Minute Order from Chambers entered on June 5, 2006 at docket 2 is hereby modified in the following particulars.

1. The requirement for a status report is hereby rescinded.

2. Objections to the proposed Findings of Fact and Conclusions of Law made by the bankruptcy court must be served and filed not later than **July 17, 2006**.

3. Any response to an objection must be served and filed not later than 15 days after the objection is served and filed.

4. An objecting party may serve and file a reply not later than 10 days after the response to the objection is filed.

The parties are reminded that D.AK. LR 7.1 and 7.2 apply.

`[Briefing Order.wpd]{Rev. 07/04}`