UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| *In re* )<br>)<br>KATMAI PRO SHOP, INC., an )<br>Alaska Corporation, )<br>)<br>        Debtor. )<br>_____)<br>)<br>KENNETH W. BATTLEY, Trustee )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>CRAIG SCHWEITZER, )<br>)<br>        Defendant. )<br>_____) | 3:06-cv-00132-TMB<br><br>ORDER WITHDRAWING THE REFERENCE, ADOPTING THE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, AND DISMISSING THE CASE<br><br><br>U.S. Bankruptcy Court, District of Alaska<br>Hon. Donald MacDonald IV, Chief Judge<br>Adversary Case 04-90026-DMD |

    The Bankruptcy Court having determined that this matter involved both core and non-core issues moved this Court to withdraw the reference,[1] and submitted a Report and Recommendation including proposed Findings of Fact and Conclusions of Law.[2]

    No party has filed an opposition to the motion or an objection to the proposed Findings of Fact and Conclusions of Law. There being no objection,[3]

    IT IS THEREFORE ORDERED THAT:

    The unopposed motion to withdraw the reference is **GRANTED**.

---

    [1] FED. R. BANK. P. 5011(a).

    [2] FED. R. BANK. P. 9033.

    [3] FED. R. BANK. P. 9033(d) ("The district judge shall make a de novo review upon the record or, after additional evidence, of any portion of the bankruptcy judge's findings of fact or conclusions of law to which specific written objections have been made in accordance with this rule.")

The Report and Recommendation of the Bankruptcy Court is accepted and the proposed Findings of Fact and Conclusions of Law submitted by the Bankruptcy Court are hereby **ADOPTED**.

Based on the foregoing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Complaint on file herein is hereby **DISMISSED**, with prejudice, plaintiff to take nothing by way thereof and judgment entered thereon in favor of defendant.

Each party to bear his own attorneys' fees and costs.

The Clerk of the Court to enter a final judgment accordingly.

Dated: August 2, 2006.

                                                         s/ Timothy M. Burgess  
                                                       TIMOTHY M. BURGESS  
                                                       United States District Judge