IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| *In re*<br>KATMAI PRO SHOP, INC., an Alaska Corporation<br>    Debtor<br><br>KENNETH W. BATTLEY, Trustee<br>    Plaintiff,<br><br>              Plaintiff,<br>    vs.<br><br>CRAIG SCHWEITZER,<br>              Defendant. | Case No. **3:06-cv-00132-TMB**<br><br>Bankruptcy Case No. 04-90026-DMD<br><br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Complaint is DISMISSED, with prejudice, plaintiff to take nothing by way thereof and judgment entered thereon in favor of defendant. Each party to bear his own attorneys' fees and costs.

APPROVED:

 s/ Timothy Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

August 2, 2006                                                              IDA J. ROMACK
            Date                                                                         Clerk